IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DALE MCDOWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Act. No.: 3:20-cv-839-ECM |
| | ) | |
| RANDY MOORE, *et al.*, | ) | (wo) |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the Motion to Withdraw (doc. 84), and for good cause shown, it is hereby ORDERED that the motion is GRANTED and John Michael Segrest is permitted to withdraw as counsel of record for the Plaintiff. It is further ORDERED:

1. The Plaintiff is given until **February 3, 2023** to obtain new counsel and for new counsel to file a notice of appearance in this case.

2. All deadlines in this case are STAYED until February 3, 2023 to give Plaintiff an opportunity to seek new counsel.

The Clerk is DIRECTED to send a copy of this Order on Dale McDowell at the address included within the motion to withdraw. (Doc. 84 at p. 2).

Done this 13th day of January, 2023.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE