IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DALE MCDOWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Act. No.: 3:20-cv-839-ECM |
| | ) | |
| ANGELA PRICE, *et al.*, | ) | (wo) |
| | ) | |
| Defendants. | ) | |

**ORDER**

On September 23, 2023, this Court granted in part and denied in part a motion to dismiss filed by Randy Moore; dismissed official capacity claims against Randy Moore without prejudice; and gave the Plaintiff, Dale McDowell, time in which to file an amended complaint pleading claims against Defendant Randy Moore in his official capacity. The Plaintiff did not file an amended complaint within the time allowed. As a consequence, the case proceeded only on claims against Angela Price, James Earl Price, and James Michael Price.

On January 13, 2023, the Court allowed Plaintiff's counsel to withdraw from this case, and Plaintiff was given until February 3, 2023 to obtain new counsel. As of the date of this Order, no appearance by new counsel has been filed. Accordingly, it is hereby ORDERED as follows:

1. The Plaintiff having failed to file new claims against him, Randy Moore is dismissed with prejudice as a Defendant in this case.

2. Dale McDowell shall show cause on or before **March 6, 2023** why this case ought not be dismissed for want of prosecution.

The Clerk is DIRECTED to send a copy of this Order on Dale McDowell at the address included within the motion to withdraw. (Doc. 84 at p. 2).

Done this 13th day of February, 2023.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE