IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DALE MCDOWELL, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 3:20-cv-839-ECM |
| | ) (WO) |
| ANGELA PRICE, *et al.*, | ) |
| Defendants. | ) |

**MEMORANDUM OPINION and ORDER**

On March 28, 2023, the Magistrate Judge entered a Recommendation (doc. 92) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge (doc. 92) is ADOPTED, the Defendant's motion to dismiss (doc. 90) is GRANTED, and this lawsuit is DISMISSED without prejudice.

A separate Final Judgment will be entered.

DONE this 24th day of April, 2023.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE